**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Justin Goldman, | |
| Plaintiff, | **1:25-cv-09594 (JHR) (SDA)** |
| -against- | **ORDER** |
| Rebel Music, LLC et al., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Defendants' Motion to Dismiss the Complaint filed on November 24, 2025. (Not. of Mot., ECF No. 12.) It is hereby ORDERED that Plaintiff shall respond to the Motion to Dismiss no later than December 29, 2025. Defendants shall file any reply no later than January 12, 2026.[1] It is further ORDERED that the Initial Pretrial Conference currently scheduled for December 30, 2025, is adjourned *sine die*.

Plaintiff is advised that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("CBJC") provides free, limited-scope legal services to self-represented parties in civil cases. CBJC may be able to assist Plaintiff with preparing an opposition to the Motion to Dismiss. The CBJC is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete CBJC's intake form, available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, to make an appointment.

---

[1] The deadlines set forth herein supersede the deadlines included in the Notice of Motion.

If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Remote appointments are available Monday through Friday, 10:00 a.m. to 4:00 p.m.

**SO ORDERED.**

Dated:     New York, New York
          November 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2